UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRINITY MILLER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL** | **NO. 21-00353-BAJ-RLB** |

### RULING AND ORDER

Before the Court is a **Report and Recommendation (Doc. 61)** issued by the Magistrate Judge, which recommends that Plaintiff Trinity Miller be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with a Court order. Plaintiff Miller's deadline to object to the Report has passed without any objection.

Having carefully considered Plaintiff Miller's Complaint and related pleadings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff Trinity Miller be and is hereby **DISMISSED WITHOUT PREJUDICE.** Plaintiffs Janice and Jimmy Marcantel remain in this action.

Baton Rouge, Louisiana, this 6th day of December, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA