## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRINITY MILLER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 3:21-cv-00353-BAJ-RLB** |
| **JAMES W. LEBLANC, ET AL.** | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE:**

Defendant Brandalynn McMullen hereby notifies this Honorable Court and all parties to this action that she is taking a collateral order appeal, to the United States Fifth Circuit Court of Appeals, from the Ruling and Order issued by this Honorable Court on December 18, 2024,[1] which denied her Motion for Summary Judgment, which was based on qualified immunity.[2]

Respectfully Submitted on January 3, 2025,

Respectfully Submitted:

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY: _____
LEE J. LEDET (#33237)
Special Assistant Attorney General

**LEDET LAW GROUP, LLC**
4783 Johnson Street
Post Office Drawer 610
St. Francisville, Louisiana 70775
Telephone: (225) 635-3291
Fax: (225) 635-3292
lee@ledetlawgroup.com
*Attorney for Brandalynn McMullen*

---

[1] Rec. Doc. 10 – Ruling and Order
[2] Rec. Doc. 101 – Motion for Summary Judgment

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the of the court's electronic filing system.

St. Francisville, Louisiana, this 3rd day of January 2025

                              Lee J. Ledet (#33237)
                        Special Assistant Attorney General
                        *Attorney for Brandalynn McMullen*